UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  2/25/2026  ____         │
└──────────────────────────────────────┘
```

DELAWARE TRUST COMPANY n/k/a CSC
DELAWARE TRUST COMPANY, as Trustee for
the PT ATL SPV GRANTOR TRUST,

            Plaintiff,

    -against-

SHERMAN HOLDINGS USA LLC; JACOB
JACOBOWITZ; ENVIRONMENTAL CONTROL
BOARD OF THE CITY OF NEW YORK; and
"JOHN DOE #1" through "JOHN DOE #10," the
last ten names being fictitious and unknown to the
plaintiff, the persons or parties intended being the
tenants, occupants, persons or corporations, if any,
having or claiming an interest or lien upon the
premises described in the complaint,

           Defendants.

26 Civ. 700 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

       SO ORDERED.

Dated: February 24, 2026
      New York, New York

                                _____
                                  ANALISA TORRES
                             United States District Judge