UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY n/k/a CSC
DELAWARE TRUST COMPANY, as Trustee for
the PT ATL SPV GRANTOR TRUST,

                   Plaintiff,

      -against-

SHERMAN HOLDINGS USA LLC; JACOB
JACOBOWITZ; ENVIRONMENTAL CONTROL
BOARD OF THE CITY OF NEW YORK; and "JOHN
DOE #1" Through "JOHN DOE #10,"

                 Defendant.

26-CV-00700 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In accordance with the deadlines for service on Defendant set forth in the Order to

Show Cause (ECF 19), Plaintiff shall serve a copy of the Order and the papers upon which it is

based (ECF 4-8) on Defendants both by mail and by e-mail to all known email addresses for

Defendants on or before March 2, 2026 and file proof of such service on the ECF public docket

on or before March 6, 2026.  Plaintiff shall also serve its Amended Complaint (ECF 13) on

Defendant by mail and by e-mail to all known email addresses for Defendants on or before

March 2, 2026 and file proof of such service by e-mail on or before March 6, 2026.  Subject to

the parties consenting in writing to service by filing via ECF, any additional papers requiring

service by either party shall be served on the other party both by mail and by e-mail to all

known email addresses for Defendants.

DATED:  February 27, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**