USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY n/k/a CSC DELAWARE TRUST COMPANY, as Trustee for the PT ATL SPV GRANTOR TRUST,

Plaintiff,

-against-

SHERMAN HOLDINGS USA LLC; JACOB JACOBOWITZ; ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK; and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to the plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint,

Defendants.

26 Civ. 700 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

On January 27, 2026, Delaware Trust Company, as Trustee for Plaintiff, PT ATL SPV Grantor Trust, commenced this action, seeking foreclosure on a mortgage and other relief related to two parcels of real property and improvements (the "Property") owned by Defendant Sherman Holdings USA LLC. *See* Compl. ¶ 1, ECF No. 1; *see also* First Amended Compl., ECF No. 13. Trustee also brought an emergency application for an appointment of a receiver under Federal Rule of Civil Procedure 66, which the Court referred to the Honorable Robyn F. Tarnofsky for a report and recommendation ("R&R"). *See* ECF Nos. 4, 16.

After careful consideration, Judge Tarnofsky issued an R&R recommending that Mr. Ian Lagowitz of Trigild IVL, LLC be appointed as receiver of the Property. *See* R&R, ECF No. 38. Defendants Sherman Holdings USA LLC and Jacob Jacobowitz have appeared in this action, and, despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2); ECF No. 39. Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Tarnofsky's thorough and well-reasoned decision.

Accordingly, the Court ADOPTS the R&R in its entirety; Plaintiff's application at ECF No. 4 is GRANTED and the Court will enter Plaintiff's proposed order in due course.

SO ORDERED.

Dated: July 27, 2026
New York, New York

ANALISA TORRES
United States District Judge